No. 7. Estate of Bianchi *v.* Rodríguez.—Appeal from the District Court of Mayagüez. Motion that the statement of the case be approved. Decided November 20, 1908. Motion overruled. *Mr. Manuel Rossy* for petitioner. Adverse party failed to appear.

---

No. 8. Estate of Bianchi *v.* Sein.—Appeal from the District Court of Mayagüez. Motion for approval of the statement of the case. Decided November 20, 1908. Motion overruled. *Mr. Manuel Rossy* for petitioner. Adverse party did not appear.

---

No. 346. Lambòglia *v.* School Board of Guayama.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided November 23, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. José C. Ramos* for petitioner. *Attorney General* for adverse party.

---

No. 342. Attorney General *v.* Municipal Council.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided November 30, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. Rossy, fiscal,* for petitioner. *Mr. Bernardini* for adverse party.

---

No. 255. Ayoroa *v.* Benítez.—Appeal from the District Court of Aguadilla. Decided November 30, 1908. Withdrawn at the request of appellant. *Mr. Méndez Vaz* for appellant. *Mr. Vázquez* for respondent.